**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHENAL MARKHAM LAND PARTNERSHIP** **PLAINTIFF**

**v.** **No. 4:25-cv-308-DPM**

**NATIONWIDE PROPERTY & CASUALTY INSURANCE CO.** **DEFENDANT**

# JUDGMENT

The complaint is dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

5 August 2026